

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00128-CV

**ANTHONY WHITNEY NORMAN,**

                                                    **Appellant**

 **v.**

**A. JANAK, BOBBY LUMPKIN, BRYAN COLLIER,
SHOVANDA D. MATHIS, MARGARITA THOMAS,
ROCKY N. MOORE AND TAMMY SHELBY,**

                                                    **Appellees**

**From the 12th District Court
Walker County, Texas
Trial Court No. 2230570**

## MEMORANDUM OPINION

In this proceeding brought under Chapter 14 of the Texas Civil Practice and Remedies Code, inmate Anthony Whitney Norman appeals from the trial court's order signed on April 5, 2023, which dismissed Norman's claims against a number of parties. By letter dated October 31, 2023, the Clerk of this Court notified Norman that this appeal is subject to dismissal because the trial court's April 5, 2023 dismissal order did not

appear to be final because it did not dispose of Norman's claims against Shovanda D. Mathis. Accordingly, the October 31, 2023 letter warned Norman that the Court would dismiss the appeal unless, within twenty-one days from the date of the letter, Norman filed a response showing grounds for continuing the appeal. We further warned Norman that the failure to respond to the October 31, 2023 letter is an independent basis upon which the appeal can be dismissed.

On November 13, 2023, Norman filed a response acknowledging receipt of the October 31, 2023 letter from this Court. However, rather than show grounds for continuing the appeal, Norman requested additional documents and made several threats. Because Norman has not filed a response showing grounds for continuing this appeal within twenty-one days of October 31, 2023, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).

STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
(Chief Justice Gray concurs.)
Appeal dismissed
Opinion delivered and filed December 28, 2023
[CV06]

